# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CV 08-2999 JSL |
| --- | --- | --- |
| | ) | [CR 07-209 JSL] |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| v. | ) | DEFENDANT'S MOTION |
| | ) | PURSUANT TO 28 U.S.C. |
| VICTOR IGBINEWEKA, | ) | § 2255 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, of Defendant Victor Igbineweka was decided without hearing on September 25, 2008. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

**IT IS HEREBY ORDERED** that the motion of Defendant Victor Igbineweka to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, be DENIED.

IT IS SO ORDERED.

DATED: September 25, 2008

_____
J. Spencer Letts
Senior United States District Judge